IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT NEET,                                            07-CV-1591-PK

        Plaintiff,                                  ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.


**RORY JOSEPH LINERUD**
Linerud Law Firm
P.O. Box 1105
Salem, OR  97308
(503) 587-8776

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITTANIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1000

1  -  ORDER

**DAVID MORADO**
Office of the General Counsel
**DAVID J. BURDETT**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2271

      Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#11) on January 8, 2009, in which he recommends this Court remand this case to the Commissioner for further proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#11). Accordingly, the Court **REVERSES** the

Commissioner's decision and **REMANDS** this case to the Commissioner for further proceedings.

    IT IS SO ORDERED.

    DATED this 16th day of March, 2009.


                        /s/ Anna J. Brown

                        ANNA J. BROWN
                        United States District Judge